# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00062-CV

In re Heather Jean Foust

### Original Proceeding

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus, filed on February 18, 2026, is denied. Relator's Emergency Motion for Temporary Relief, filed on February 18, 2026, is dismissed as moot.

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  March 26, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Denied
Motion dismissed
OT06

